[No. 57816-2-I.   Division One.   February 20, 2007.]

GEORGE TEREK, *Respondent*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 05-2-01490-6, Michael E. Rickert, J., entered
February 27, 2006. *Affirmed in part* and *reversed in part* by
unpublished opinion per Schindler, A.C.J., concurred in by
Grosse and Becker, JJ.

[No. 24332-0-III.   Division Three.   February 20, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. MATTHEW WESLEY
YOUNG, *Respondent*.

Appeal from a judgment of the Superior Court for Benton
County, No. 05-1-00411-1, Robert G. Swisher and Dennis D.
Yule, JJ., entered June 15 and August 8, 2005. *Affirmed* by
unpublished opinion per Schultheis, J., concurred in by
Sweeney, C.J., and Brown, J.

[No. 33242-6-II.   Division Two.   February 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON GREGORY
EISFELDT, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 03-1-01636-9, Richard A. Strophy, J.,
entered April 12, 2005. *Affirmed* by unpublished opinion per
Quinn-Brintnall, J., concurred in by Houghton, C.J., and
Van Deren, J.

[No. 33400-3-II.   Division Two.   February 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J.
SCHMIDT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 97-1-00408-8, Russell W. Hartman, J., entered
May 13, 2005. *Remanded* by unpublished opinion per Hunt,
J., concurred in by Houghton, C.J., and Van Deren, J.